# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 4, 2021

## NO. 03-20-00516-CR

## Ex parte William Barrie Bowlin

### APPEAL FROM THE 428TH DISTRICT COURT OF HAYS COUNTY
### BEFORE JUSTICES GOODWIN, TRIANA, AND KELLY
### AFFIRMED -- OPINION BY JUSTICE TRIANA

This is an appeal from the district court's order denying appellant's application for writ of habeas corpus. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's order. Therefore, the Court affirms the district court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.